Form NMDRMV

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery Inc.<br>Debtor(s) | Case No.: 25–10088 |
| Kingsborough Atlas Tree Surgery, Inc. et al.<br>Plaintiff(s) | Adversary No. 25–01008 |
| vs. | |
| Anvil Power, Inc., a California corporation et al.<br>Defendant(s) | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN REMOVED ACTION

According to the court's records, when filing a notice of removal for this adversary proceeding on 5/21/25, the above−named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☑ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☑ Other: Summons from the Removed Action

IT IS HEREBY ORDERED that the Plaintiff(s) file the documents and pay the required filing fee, if applicable, within fourteen (14) days of the date stated below. Failure to comply with this *Order* may result in the removed action being remanded to the court of original jurisdiction.

By the Court:

William J. Lafferty
United States Bankruptcy Judge

Date: 5/23/25