# Notice Recipients

District/Off: 0971–1                  User: admin                      Date Created: 5/23/2025
Case: 25–01008                        Form ID: NMDRMV                   Total: 10

**Recipients of Notice of Electronic Filing:**
aty          Michael C. Fallon          mcfallon@fallonlaw.net
aty          Michael C. Fallon, Jr.     fallonmc@fallonlaw.net
aty          Philip J. Terry            pjterry@cmprlaw.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust          Office of the U.S. Trustee / SR        Office of the United States Trustee        Phillip J. Burton Federal
             Building        450 Golden Gate Ave. 5th Fl., #05–0153        San Francisco, CA 94102 USA
ust          United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017 USA
ust          United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017 USA
ust          United States Trustee – AU12        United States Trustee        903 San Jacinto Blvd, Suite 230        Austin, TX
             78701 USA
ust          United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017 USA
ust          United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017 USA
ust          United States Trustee (SV)        915 Wilshire Blvd, Suite 1850        Los Angeles, CA 90017 USA

                                                                    TOTAL: 7