DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
CHRISTOPHER M. KOLKEY (Bar No. 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:	916.444.1000
Facsimile:	916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>    Debtor.<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,<br><br>    Defendants. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br>AP No. 25-01008<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough (collectively, "Plaintiffs") and Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants"; Plaintiffs and Defendants are collectively, the "Parties") by and through their respective counsel, hereby stipulate and request an order to extend time for Defendants to file a response to Plaintiffs' First Amended Complaint.

This stipulation is based on the following facts:

## RECITALS

1. On January 29, 2025, Plaintiffs filed their Complaint in the Sonoma County Superior Court to initiate proceedings in state court. *See Kingsborough Atlas Tree Surgery, Inc. v. Anvil Power, Inc., et al.*, Sonoma County Superior Court, Case No. 25CV00751.

2. On May 13, 2025, Plaintiffs filed their First Amended Complaint in the same matter.

3. On May 19, 2025, Plaintiffs filed a Notice of Removal of Lawsuit Pending in State Court to Bankruptcy Court [28 USC § 1452] (Dkt. No. 14) to remove the First Amended Complaint to this Court.

4. Following removal, the Parties agreed to set the deadline for Defendants to respond to Plaintiffs' First Amended Complaint to June 30, 2025, under Rule 9006-1(b) of the Local Rules for the United States Bankruptcy Court for the Northern District of California, which enables the Parties to file a stipulation extending time to respond.

5. The Parties have conferred and agreed to extend the deadline for Defendants to respond to the First Amended Complaint, and now file this stipulated request for the Court to issue an order extending the deadline for Defendants to respond to the First Amended Complaint to June 30, 2025 pursuant to Rule 9006-1(b).

6. Good cause exists for the requested extension, as the stipulated deadlines will not change or alter the date of any date or conference already set by Court Order, and Defendants have requested no other extension of time.

/ / /

2
STIPULATION

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the Parties, through their respective counsel, that:

1. Defendants shall file a response to Plaintiffs' First Amended Complaint on or before June 30, 2025.

**IT IS SO STIPULATED.**

DATED: May 27, 2025                    DOWNEY BRAND LLP

By: /s/ Sean J. Filippini
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

DATED: May 27, 2025                    CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Philip J. Terry
PHILIP J. TERRY
Attorneys for KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, and CINDY KINGSBOROUGH

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in the filing of this Stipulation.

DATED: May 27, 2025          DOWNEY BRAND LLP

By:    <u>/s/ Sean J. Filippini</u>
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

STIPULATION