# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2025, I electronically filed the foregoing

**STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**DECLARATION OF SEAN J. FILIPPINI IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philip J. Terry
Kimberly Corcoran
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA  95401
Telephone:  (707) 526-4200
Facsimile:  (707) 526-4707
E-mail:  pjterry@cmprlaw.com
          kcorcoran@cmprlaw.com
          dmarshall@cmprlaw.com

                                        /s/ Sandy Russell