Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>　　　　Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>　　　　Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual,<br>　　　　Defendants. | AP No. 25-01005 |

CARLE, MACKIE,
POWER & ROSS LLP

1

NAME OF DOCUMENT

|  |  |
|---|---|
| Kingsborough Atlas Tree Surgery, Inc., a California corporation; Richard Kingsborough; an individual; and Cindy Kingsborough, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual; Richard J. Leider, an individual, and DOES 1-100,<br><br>Defendants. | AP No. 25-01008<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Kingsborough Atlas Tree Surgery, Inc., a California corporation, hereby requests a trial by jury in this matter.

Dated: June 4, 2025               CARLE, MACKIE, POWER & ROSS LLP


By:   /s/ Philip J. Terry
      Philip J. Terry
      Kimberly Corcoran
      Attorneys for Plaintiffs
      KINGSBOROUGH ATLAS TREE
      SURGERY, INC., RICHARD
      KINGSBOROUGH, and
      CINDY KINGSBOROUGH

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 100 B Street, Suite 400, Santa Rosa, CA 95401. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served a *true copy* of the following document(s):

**DEMAND FOR JURY TRIAL**

addressed as follows :

| | |
|---|---|
| Sean J. Filippini<br>Chris Kolkey<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444.1000<br>Facsimile: (916) 444.2100<br>Email:<br>sfilippini@downeybrand.com<br>ckolkey@downeybrand.com<br><br>Sandy – Legal Assistant<br>srussell@DowneyBrand.com | Attorneys for Defendants<br>ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, and ALAN GUY |

☒ (BY ELECTRONIC SERVICE VIA THE COURT'S ELECTRONIC CASE FILING ("ECF") SYSTEM) I transmitted a true and correct copy of the document(s) listed above to ECF to be sent to all parties listed on the Proof of Service. This service complies with Fed. R. Civ. P. 5(d)(3). A copy of the Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America of California that the foregoing is true and correct.

DATED: June 4, 2025

/s/ Dawn Marshall
Dawn Marshall