# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 18, 2025, I electronically filed the foregoing**:**

- Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, And Richard J. Leider Notice Of Hearing To Remand The First Amended Complaint, Or, In The Alternative, To Abstain From Hearing The First Amended Complaint

- Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, And Richard J. Leider Motion To Remand The First Amended Complaint, Or, In The Alternative, To Abstain From Hearing The First Amended Complaint; Memorandum Of Points And Authorities In Support Thereof

- Request For Judicial Notice In Support Of Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, And Richard J. Leider Motion To Remand The First Amended Complaint, Or, In The Alternative, To Abstain From Hearing The First Amended Complaint

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philip J. Terry
Kimberly Corcoran
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA  95401
Telephone:  (707) 526-4200
Facsimile:  (707) 526-4707
E-mail:  pjterry@cmprlaw.com
 kcorcoran@cmprlaw.com
 dmarshall@cmprlaw.com

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E St. #219
Santa Rosa, CA  95404
Telephone:  (707) 546-6770
E-mail:  mcfallon@fallonlaw.net

    /s/ Sandy Russell