| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | JAMIE P. DREHER (Bar No. 209380) |
| 2 | jdreher@downeybrand.com |
| | SEAN J. FILIPPINI (Bar No. 232380) |
| 3 | sfilippini@downeybrand.com |
| | CHRISTOPHER M. KOLKEY (Bar No. 300206) |
| 4 | ckolkey@downeybrand.com |
| | 621 Capitol Mall, 18th Floor |
| 5 | Sacramento, California 95814 |
| | Telephone: 916.444.1000 |
| 6 | Facsimile: 916.444.2100 |
| 7 | Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

  Debtor.

---

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

  Plaintiff,

  v.

ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,

  Defendants.

Case No. 25-10088 WJL

Chapter 11

AP No. 25-01008

**DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER NOTICE OF HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

Date: August 13, 2025
Time: 10:30 am
Dept.: 220
Judge: Hon. William J. Lafferty

NOTICE IS HEREBY GIVEN that on August 13, 2025, at 10:30 am, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1300 Clay Street, Room 220, Oakland, California 94612, Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants") will move the Court for an order granting Defendants' motion to: (1) dismiss plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough's First Amended Complaint's ("FAC") second, third, fourth, fifth, sixth, seventh, and tenth causes of actions with prejudice, as well as the 100 Doe Defendants with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6); and (2) strike the FAC's claim for punitive damages, pursuant to Federal Rule of Civil Procedure 12(f)

Hearings will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Lafferty's Procedures page on the Court's website. Information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the Court's website.

DATED: June 30, 2025          DOWNEY BRAND LLP

By: /s/ Sean J. Filippini
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER