# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 18, 2025, I electronically filed the foregoing**:**

- **DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER NOTICE OF HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

- **DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **DECLARATION OF CHRISTOPHER M. KOLKEY IN SUPPORT OF DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

5000476.1

| | |
|---|---|
| Philip J. Terry<br>Kimberly Corcoran<br>CARLE, MACKIE, POWER & ROSS LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA  95401<br>Telephone:  (707) 526-4200<br>Facsimile:  (707) 526-4707<br>E-mail:  pjterry@cmprlaw.com<br>        kcorcoran@cmprlaw.com<br>        dmarshall@cmprlaw.com | Michael C. Fallon<br>Michael C. Fallon, Jr.<br>100 E Street, Suite 219<br>Santa Rosa, CA  95404<br>Telephone:  (707) 546-6770<br>Facsimile:  (707) 546-5775<br>E-mail:  mcfallon@fallonlaw.net<br>        fallonmc@fallonlaw.net |

                                      /s/ Sandy Russell