Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>      Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>      Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual,<br>      Defendants. | AP No. 25-01005 |

1

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO REMAND FIRST AMENDED COMPLAINT

| | |
|---|---|
| Kingsborough Atlas Tree Surgery, Inc., a California corporation; Richard Kingsborough; an individual; and Cindy Kingsborough, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual; Richard J. Leider, an individual, and DOES 1-100,<br><br>Defendants. | AP No. 25-01008<br><br>**PLAINTIFFS KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, AND CINDY KINGSBOROUGH'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO REMAND THE FIRST AMENDED COMPLAINT AND OPPOSITION TO ALTERNATIVE REQUEST THAT THE COURT ABSTAIN FROM HEARING THE REMOVED MATTER**<br><br>Date: July 23, 2025<br>Time: 10:30 a.m.<br>Dept.: 220<br>Judge: Hon. William J. Lafferty |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs KINGSBOROUGH ATLAS TREE SURGERY, INC., a California corporation ("KBA"); RICHARD KINGSBOROUGH; and CINDY KINGSBOROUGH do not oppose Defendants ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER's ("Defendants") Motion to Remand the entirety of the action removed.

Please be advised Plaintiffs do oppose Defendants' request in the alternative, namely, that in the event this Court denies the motion to remand, that the Court exercise its power to abstain from hearing the removed matter.

This latter result would be highly prejudicial to KBA. KBA, the debtor in bankruptcy, has significant damages against the Anvil defendants and would be delayed or potentially precluded from pursuing its claims by the Court abstaining from hearing the underlying claims. Abstention could impede the efficient adjudication of factual and legal issues that arise in the litigation between Plaintiffs and the Anvil defendants (and third-party cross-defendants named in a cross-complaint which Anvil served *after* Plaintiffs gave notice of removal of the First Amended Complaint); it could lead to a patchwork of litigation or multiple proceedings with the potential of inconsistent findings or outcomes.

Again, Plaintiffs do not oppose the Defendants' motion to remand but would object (for the foregoing reasons) to the alternate relief sought by Defendants, namely, that the Court abstain from hearing the removed action.

Dated: July 9, 2025                         CARLE, MACKIE, POWER & ROSS LLP

By:   /s/ Philip J. Terry
      Philip J. Terry
      Kimberly Corcoran
      Attorneys for Plaintiffs
      KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, and CINDY KINGSBOROUGH

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 100 B Street, Suite 400, Santa Rosa, CA 95401. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served a ***true copy*** of the following document(s):

**PLAINTIFFS KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, AND CINDY KINGSBOROUGH'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO REMAND THE FIRST AMENDED COMPLAINT AND OPPOSITION TO ALTERNATIVE REQUEST THAT THE COURT ABSTAIN FROM HEARING THE REMOVED MATTER**

addressed as follows :

| | |
|---|---|
| Sean J. Filippini<br>Chris Kolkey<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444.1000<br>Facsimile: (916) 444.2100<br>Email:<br>sfilippini@downeybrand.com<br>ckolkey@downeybrand.com<br><br>Sandy – Legal Assistant<br>srussell@DowneyBrand.com | Attorneys for Defendants<br>ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, and ALAN GUY |

☒ (BY ELECTRONIC SERVICE VIA THE COURT'S ELECTRONIC CASE FILING ("ECF") SYSTEM) I transmitted a true and correct copy of the document(s) listed above to ECF to be sent to all parties listed on the Proof of Service. This service complies with Fed. R. Civ. P. 5(d)(3). A copy of the Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America of California that the foregoing is true and correct.

DATED: July 9, 2025

/s/ Dawn Marshall
Dawn Marshall

**CARLE, MACKIE,
POWER & ROSS LLP**