DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
CHRISTOPHER M. KOLKEY (Bar No. 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL
EQUIPMENT COMPANY LP, ANVIL
BUILDERS, ANVIL HOLDINGS, INC., ANVIL
GROUP, LLC, ALAN GUY, and RICHARD J.
LEIDER

DOWNEY BRAND LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>        Debtor.<br>_____<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC., A California corporation, RICHARD KINGSBOROUGH, an individual, and CINDY KINGSBOROUGH, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,<br><br>        Defendants. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br>AP No. 25-01008<br><br>**DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, INC., ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER <u>AMENDED NOTICE OF HEARING ON MOTION TO REMAND THE FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING THE FIRST AMENDED COMPLAINT</u>**<br><br>Date: August 13, 2025<br>Time: 10:30 am<br>Dept.: 220<br>Judge: Hon. William J. Lafferty |

NOTICE IS HEREBY GIVEN that on August 13, 2025, at 10:30 am, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1300 Clay Street, Room 220, Oakland, California 94612, Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants") will move the Court for an order granting Defendants' motion to remand plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough's First Amended Complaint in its entirety or, in the alternative, to abstain from hearing the First Amended Complaint.

Hearings will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Lafferty's Procedures page on the Court's website. Information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the Court's website.

DATED: July 14, 2025                    DOWNEY BRAND LLP


By:     /s/ Sean J. Filippini
        SEAN J. FILIPPINI
        Attorneys for ANVIL POWER, INC., ANVIL
        EQUIPMENT COMPANY LP, ANVIL
        BUILDERS, ANVIL HOLDINGS, INC., ANVIL
        GROUP, LLC, ALAN GUY, and RICHARD J.
        LEIDER

AMENDED NOTICE OF HEARING ON MOTION TO REMAND OR, IN THE ALTERNATIVE, TO ABSTAIN