DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
CHRISTOPHER M. KOLKEY (Bar No. 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>　　　　Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br>AP No. 25-01008 |
| KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,<br><br>　　　　Defendants. | **STIPULATION TO REMAND PLAINTIFFS' FIRST AMENDED COMPLAINT TO SONOMA COUNTY SUPERIOR COURT** |

Plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough (collectively, "Plaintiffs") and Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants"; Plaintiffs and Defendants are collectively, the "Parties") by and through their respective counsel, hereby stipulate and request an order to remand the adversary proceeding entitled *Kingsborough Atlas Tree Surgery, Inc. v. Anvil Power, Inc., et al.* (AP No. 25-01008) (formerly Sonoma County Superior Court Case No. 25CV00751) (the "Removed Adversary Proceeding") to Sonoma County Superior Court.

This stipulation is based on the following facts:

## RECITALS

1. On January 29, 2025, Plaintiffs filed their Complaint in the Sonoma County Superior Court to initiate proceedings in state court. *See Kingsborough Atlas Tree Surgery, Inc. v. Anvil Power, Inc., et al.*, Sonoma County Superior Court, Case No. 25CV00751.

2. On May 13, 2025, Plaintiffs filed their First Amended Complaint in the same matter.

3. On May 21, 2025, Plaintiffs filed a Notice of Removal of Lawsuit Pending in State Court to Bankruptcy Court [28 USC § 1452] (Dkt. No. 1) to remove the First Amended Complaint to this Court.

4. Following removal, on June 18, 2025, Defendants filed a Motion to Remand the First Amended Complaint, or, in the Alternative, to Abstain from Hearing the First Amended Complaint (the "Motion to Remand") (Dkt. Nos. 12, 13, 14, 15).

5. On July 9, 2025, Plaintiffs filed a Statement of Non-Opposition to the Motion to Remand (Dkt. No. 20).

6. The hearing on the Motion to Remand is set to commence on August 13, 2025.

7. As demonstrated in the Motion to Remand, good cause exists for the request to remand the Removed Adversary Proceeding to Sonoma County Superior Court. The Parties desire to proceed expeditiously without a hearing on August 13, 2025. Given that the Motion to

Remand is unopposed, a formal hearing is unnecessary, and the Motion to Remand should be granted.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the Parties, through their respective counsel, that:

8. The unopposed Motion to Remand should be granted, and the Removed Adversary Proceeding remanded to Sonoma County Superior Court.

**IT IS SO STIPULATED.**

DATED: August 4, 2025    DOWNEY BRAND LLP

By: /s/ Sean J. Filippini
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

DATED: August 4, 2025    CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Philip J. Terry
PHILIP J. TERRY
Attorneys for KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, and CINDY KINGSBOROUGH

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in the filing of this Stipulation.

DATED: August 4, 2025    DOWNEY BRAND LLP

By: /s/ Sean J. Filippini
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

# PROOF OF SERVICE

**KINGSBOROUGH ATLAS TREE SURGERY, INC. v. ANVIL POWER, INC., et al.**
**Case No.**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of . My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On August 4, 2025, I served true copies of the following document(s) described as **STIPULATION TO REMAND PLAINTIFF'S FIRST AMENDED COMPLAINT TO SONOMA COUNTY SUPERIOR COURT and ORDER GRANTING STIPULATION TO REMAND PLAINTIFFS' FIRST AMENDED COMPLAINT TO SONOMA COUNTY SUPERIOR COURT** on the interested parties in this action as follows:

| | |
|---|---|
| Philip J. Terry<br>Kimberly Corcoran<br>CARLE, MACKIE, POWER & ROSS LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401<br>Telephone: (707) 526-4200<br>Facsimile: (707) 526-4707<br>E-mail: pjterry@cmprlaw.com<br>kcorcoran@cmprlaw.com<br>dmarshall@cmprlaw.com | Attorneys for Plaintiffs<br>KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, AND CINDY KINGSBOROUGH |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address syoungquist@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2025, at Sacramento, California.

_____
Susan Youngquist