

```
                                            Entered on Docket
                                            August 8, 2025
                                            EDWARD J. EMMONS, CLERK
                                            U.S. BANKRUPTCY COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
```

DOWNEY BRAND LLP
Jamie P. Dreher (SBN 209380)
jdreher@downeybrand.com
Sean J. Filippini (SBN 232380)
sfilippini@downeybrand.com
Christopher M. Kolkey (SBN 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Anvil Power, Inc.,
Anvil Equipment Company LP,
Anvil Builders, Anvil Holdings, Inc.,
Anvil Group, LLC, Alan Guy, and
Richard J. Leider

**The following constitutes the order of the Court.**
**Signed: August 8, 2025**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-10088 WJL |
| KINGSBOROUGH ATLAS TREE SURGERY, INC., | Chapter 11 |
| Debtor. | AP No. 25-01008 |
| KINGSBOROUGH ATLAS TREE SURGERY, INC., | **ORDER GRANTING STIPULATION TO REMAND PLAINTIFFS' FIRST AMENDED COMPLAINT TO SONOMA COUNTY SUPERIOR COURT** |
| Plaintiff, | |
| v. | |
| ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100, | |
| Defendants. | |

Having considered the stipulation of Plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough (collectively, "Plaintiffs") and Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants") (Dkt. No. 24) for an order to remand the adversary proceeding entitled *Kingsborough Atlas Tree Surgery, Inc. v. Anvil Power, Inc., et al.* (AP No. 25-01008) (formerly Sonoma County Superior Court Case No. 25CV00751) (the "Removed Adversary Proceeding") to Sonoma County Superior Court, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. The unopposed Motion to Remand the First Amended Complaint, or, in the Alternative, to Abstain from Hearing the First Amended Complaint is hereby GRANTED.

2. The Removed Adversary Proceeding (entire action) is hereby remanded to Sonoma County Superior Court.

**IT IS SO ORDERED.**

**END OF ORDER.**

COURT SERVICE LIST