Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA   94102
Phone: (415) 268-2300

**8/12/25**

Sonoma Superior Court
600 Administrative Dr.
Santa Rosa, CA 95403

Re:     Transmittal of Remand Order: **25-1008 Kingsborough Atlas Tree Surgery, Inc. vs. Kingsborough et al, Judge William J. Lafferty**

Dear Clerk:

We are transmitting the following documents to your court for the above referenced matter:

☐   Certified Copy of Order Remanding
☐   Docket Report
☐   Court's Certificate of Mailing

If you have any questions, please contact me *at* **408-278-7558**.

                    Sincerely,

                    Edward J. Emmons
                    Clerk of Court

                    By: _/s/ Ron Rombawa____
                    **Ron Rombawa, Deputy Clerk**