UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Kingsborough Atlas Tree Surgery Inc.,<br><br>             Debtor.<br><br>Kingsborough Atlas Tree Surgery, Inc. et al,<br><br>             Plaintiff,<br>v.<br><br>Anvil Power, Inc., a California corporation, et al,<br><br>             Defendant. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 25-1008 WJL |

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

1) Certified Copy of Order Granting Stipulation to Remand Plaintiff's First Amended Complaint to Sonoma Superior Court

2) Copy of the docket report;

3) Transmittal letter; and

4) Court Certificate of Mailing.

In the performance of my duties as such clerk, I served a copy of the foregoing document(s) by depositing in the regular United States mail at ENTER CITY, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Sonoma Superior Court
600 Administrative Dr.
Santa Rosa, CA 95403

Dated: 8/12/25                                                                              /s/ Ron Rombawa
                                                                                       Ron Rombawa, Deputy Clerk